# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Alexander Thompson<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 25-mj-2101 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2025__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Making Threats in Interstate Commerce |
| 18 U.S.C. § 844(e) | Making a Threat in Interstate Commerce to Damage or Destroy a Building or Property by Means of Fire or an Explosive |

This criminal complaint is based on these facts:

See Attached Statement in Support of Criminal Complaint

☑ Continued on the attached sheet.

/s Andrew Anoskey
*Complainant's signature*

Andrew Anoskey, Task Force Officer, FBI
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: March 4, 2025

*Judge's signature*

City and state: Nashville, Tennessee

U.S. Magistrate Judge Jeffrey S. Frensley
*Printed name and title*

# STATEMENT OF FACTS IN SUPPORT OF A CRIMINAL COMPLAINT

1. I, Andrew Anoskey, am a Task Force Officer with the Federal Bureau of Investigation (the "FBI") assigned to the Nashville Field Office. As an FBI Task Force Officer, I investigate acts of domestic and international terrorism, weapons of mass destruction violations, and other threats of violent crime. As a Task Force Officer, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

2. The facts in this statement are based on information from various sources, including personal knowledge or information learned during this investigation from witnesses or other law enforcement personnel. This statement does not contain each and every detail known by your affiant regarding this investigation. Instead, this statement provides information necessary to establish probable cause to arrest the defendant, Alexander F. THOMPSON, for a violation of Title 18, United States Code, Section 875(c) (Making Threats in Interstate Commerce) and Title 18, United States Code, Section 844(e) (Making a Threat in Interstate Commerce to Damage or Destroy a Building or Property by Means of Fire or an Explosive). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

3. On March 2, 2025, the Metropolitan Nashville Police Department ("MNPD") received a notification from a representative of the Tucker Carlson Network ("TCN"), stating that TCN had received an email from EMAIL ADDRESS 1[1] that contained the following verbiage:

> "I wanted to update you. Within 1-2 weeks, I will firebomb the Fred D Thompson Federal building and Courthouse in downtown Nashville. Beyond this singular act of violence, I bear no hostility towards America itself, and would be calm and peaceful to arrest prior to this act (and afterwards). I do not wish to shoot or kill law enforcement, I am rational, nonsuicidal, and would like to live a long

---

[1] EMAIL ADDRESS 1 is a Gmail address which includes the defendant's last name.

life, but the attacks, harassment, torture against myself at the hands of a bunch of criminals has become unbearable. But, the current American Government is no longer lawful and legitimate and must therefore be exposed and overthrown pursuant to Founding documents of the United States. Despite informing thousands of politicians, local and federal law-enforcement, and various other parties, the nightly torture via targeted dream incubation, attacks, harassment, etc. continue. There is a surveillance&control backdoor present on every device in the Country, likely the It is my duty as both a person and as an American to not only stop horrendous physical and digital attacks against myself, but also inform my nation that it is on the brink of totalitarianism. I view my actions through the lens of necessity as I have tried every other available means to cease the torture, attacks, and to inform my Country that it is in the midst of a coup against it(but not by me).

Thank you, Alex"

4. TCN provided a possible X (formerly Twitter) account bearing username @cryptokeeper434, with a display name of "Alex." As outlined below, this account is believed to be utilized by THOMPSON due to recent posts made showing the production and testing of a device which resembled a "Molotov cocktail."[2]

5. MNPD Security Threat Section ("STS") detectives submitted an Emergency Disclosure Request ("EDR") to Google, Inc. requesting subscriber information for EMAIL ADDRESS 1. In response to the request, Google, Inc. identified a person named "Alexander Thompson" as the creator of the email account. Google, Inc. also provided the phone number (615) 330-XXXX (PHONE NUMBER 1) as the phone number associated with EMAIL ADDRESS 1.

6. MNPD STS also submitted an EDR to X, requesting subscriber information for the account bearing username @cryptokeeper434, with a display name of "Alex." In response to the request, X provided PHONE NUMBER 1 as the phone number associated with this username.

7. Agents searched the Thomson Reuters CLEAR database for information related to PHONE NUMBER 1. That database identified PHONE NUMBER 1 as a telephone number

---

[2] A Molotov cocktail is a hand-thrown incendiary weapon consisting of a frangible container filled with flammable substances and equipped with a fuse. In use, the fuse attached to the container is lit and the weapon is thrown, shattering on impact.

associated with THOMPSON. Agents also used THOMPSON's personal identifiers to conduct a driver's license check, and identified THOMPSON as possessing a Tennessee driver's license and residing at an address in Brentwood, Tennessee (the RESIDENCE).

8. A review of the publicly available X account for @cryptokeeper434 showed the following post and photos of concern. These posts and photos are housed in X's data centers on X's servers which are located in Oregon and Georgia, demonstrating that the posts from @cryptokeeper434 traveled in interstate commerce once they were posted.









---

[3] "F.A.F.O." is an abbreviation for "Fuck Around and Find Out."

















9        A review of the publicly available X page for @cryptokeeper434 as reflected above, revealed photos of a building identified as the Fred D. Thompson Federal Building and Courthouse, which is located at 719 Church Street, Nashville, Tennessee.

10.      The Fred D. Thompson Federal Building and Courthouse houses numerous employees, including employees of the United States District Court for the Middle District of Tennessee, the Office of Probation and Pretrial Services for the Middle District of Tennessee, the United States Marshals Service, and the United States Attorney's Office for the Middle District of Tennessee.

11.      On March 3, 2025, MNPD officers arrested THOMPSON at his place of work in Goodlettsville, Tennessee. An MNPD officer and a mental health co-op crisis intervention team member made contact with THOMPSON and spoke with him at that time. After that conversation, THOMPSON spontaneously stated to another law enforcement officer (and not in response to questioning) words to the effect of, You read the email, I was going to bomb the building, I couldn't change the system from the outside and I need to be arrested to effect change from the inside.

12.      On or about March 3, 2025, MNPD officers obtained a search warrant for the RESIDENCE to look for bomb making materials and other evidence of criminal conduct. During the execution of this warrant, investigators found multiple empty jars, wicks, and wax, consistent with the items depicted in the X posts above. Investigators also located a Molotov cocktail that was assembled and just missing a fuel source.

13.      Based on the foregoing, your affiant submits that there is probable cause to believe that Alexander THOMPSON violated Title 18, United States Code, Section 875(c) (Making Threats in Interstate Commerce) and Title 18, United States Code, Section 844(e) (Making a

Threat in Interstate Commerce to Damage or Destroy a Building or Property by Means of Fire or an Explosive)